UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-87-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | ORDER |
| | : | |
| ANGEL ANTHONY ROMERO | : | |

This cause is before the Court on the United States' Motion to Dismiss the Indictment based on the defendant's plea to state charges which were directly related to those remanded by the Court of Appeals, which resulted in an active sentence. Therefore, for good cause shown, the Indictment charging this Defendant with one count of Possession of a Firearm by a Felon is hereby dismissed.

IT IS SO ORDERED AND DIRECTED.

Entered at Chambers, this the 2 day of May, 2016.

The Honorable TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE